## Stewart Wire Company *v.* Lehigh Coal & Navigation Company, Appellant.

Argued March 10, 1902.   Appeals, Nos. 332, 333, Jan. T., 1901, by defendant, from decree of C. P. Northampton Co., April T., 1901, No. 1, dismissing bill in equity in case of Stewart Wire Company v. Lehigh Coal & Navigation Company and the Easton Power Company of Pennsylvania.   Before DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ.   Affirmed.

OPINION BY MR. JUSTICE BROWN, October 13, 1902:

On these two appeals the correctness of certain findings of fact and law is challenged by the defendants below, but as they have become immaterial, in view of what we have said in dismissing the plaintiff's appeal, all of the assignments of error relating to them are dismissed, without prejudice to either appellant in any suit at law to be instituted by the appellee.   The assignment, that the court erred in directing that the costs be paid by the defendants, is sustained, and it is now ordered, adjudged and decreed that plaintiff's bill be dismissed with costs to the defendants, the costs on these appeals to be paid by the appellee.